AO 91 (Rev. 02/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR 2 9 2015

Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Eduardo QUINTANILLA-Medina; MX YOB: 1990 | ) ) ) | Case No. M-15-0468-M |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __03/27/2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __31__ U.S.C. § __5332__, an offense described as follows:

with the intent to evade a currency reporting requirement under Title 31 USC 5316, did knowingly conceal more than $10,000.00 in currency or other monetary instruments, on the person of such individual or in any conveyance, article of luggage, merchandise, or other container and transports or transfers and/or attempts to transport or transfer such currency or monetary instruments from a place within the United States, to-wit: Hidalgo, Texas, to a place outside the United States, to-wit: the United Mexican States

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

_Complainant's signature_

Antonio Perez IV, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __03/29/2015__

_Judge's signature_

City and state: __McAllen, Texas__     Dorina Ramos, U.S. Magistrate Judge
_Printed name and title_